UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES TERRELL FORD and
 BOBBY GENE GRAHAM,

    Plaintiffs,

v.                                                                                  Case No. 3:21cv932-LC-HTC

MARK INCH, et al.,

    Defendants.

_____/

## ORDER

On January 14, 2022, Defendant Mark Inch, former Secretary of the Florida Department of Corrections ("FDOC"), filed a motion to dismiss the complaint. ECF Doc. 16. Twenty-one (21) days after that motion was filed, Plaintiffs filed an amended complaint, ECF Doc. 21. In addition to adding or deleting factual allegations, Plaintiffs also substituted the current Secretary of the FDOC, Ricky Dixon, for Inch, and eliminated Coker, Officer King, and John Doe 1-5 as Defendants. Thus, the clerk will be directed to terminate those defendants on the electronic docket.

Additionally, because Plaintiffs did not need to seek leave to file the amended complaint, Fed. R. Civ. P. 15(a)(1)B), the amended complaint is now the operative pleading, thereby rendering Inch's motion to dismiss MOOT.

Accordingly, it is ORDERED:

1. The clerk is directed to terminate Coker, Officer King, and John Doe 1-5 as Defendants.

2. The clerk shall substitute Ricky Dixon, Secretary of the FDOC, in place of Mark Inch.[1]

3. The clerk shall terminate Inch's motion to dismiss, ECF Doc. 16, as MOOT. Dixon may refile the motion or submit a new motion to dismiss in response to the amended complaint.

DONE AND ORDERED this 8th day of February, 2022.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] *See* Fed. R. Civ. P. 25(d) (An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name, but any misnomer not affecting the parties' substantial rights must be disregarded. The court may order substitution at any time, but the absence of such an order does not affect the substitution.)