UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES TERRELL FORD and
BOBBY GENE GRAHAM,

    Plaintiffs,

v.                                    Case No. 3:21cv932-LC-HTC

RICKY DIXON, et al.,

    Defendants.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on May 17, 2022 (ECF No. 30), recommending that Defendant Dixon's Motion to Dismiss be granted. The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 30) is adopted and incorporated by reference in this order.

2.    Defendant Dixon's Motion to Dismiss (ECF No. 28) is GRANTED.

3. Defendant Dixon is terminated as a defendant in this action.

4. The case is remanded to the assigned magistrate judge for further proceedings.

**DONE AND ORDERED** this 16th day of June, 2022.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv932-LC-HTC